JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T. and C.L., on behalf of their minor child, H.T.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED CASE | Lead Case No.:<br>8:23-cv-01754-JVS-JDE<br>Consolidated Case No.:<br>8:23-cv-01755-JVS-JDE<br><br>Judge:　　Hon. James V. Selna<br>Magistrate:　Hon. John D. Early<br><br>**ORDER ON JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES [40]**<br><br>Actions Filed: September 19, 2023<br>Hearing Date: September 9, 2024<br>Hearing Time: 3:00 p.m.<br><br>*[Filed concurrently with: Joint Notice of Settlement and Request to Vacate Dates]* |

Counsel have advised the Court that the action has been settled.

The Court therefore ORDERS that all dates in this action are VACATED. The parties are ORDERED to file a Joint Status Report no later than August 6, 2024, along with an appropriate Stipulation and Proposed Order dismissing the case or proposing dates for further proceedings, as appropriate.

IT IS SO ORDERED.

Dated: June 24, 2024

*/s/ James V. Selna*
Hon. James V. Selna
United States District Court Judge