# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T. and C.L., on behalf of their minor child, H.T.,<br><br>Plaintiffs,<br><br>v.<br><br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE | Lead Case No.:<br>8:23-cv-01754-JVS-JDE<br>Consolidated Case No.:<br>8:23-cv-01755-JVS-JDE<br><br>Judge:      Hon. James V. Selna<br>Magistrate: Hon. John D. Early<br><br>**ORDER GRANTING PARTIES' JOINT REQUEST FOR DISMISSAL WITH PREJUDICE [43]**<br><br>Actions Filed: September 19, 2023<br>Hearing Date: Vacated<br><br>*[Filed concurrently with: Joint Status Report; Joint Stipulation for Dismissal with Prejudice]* |

1  Pursuant to the stipulation of the parties under FRCP 41(a)(1)(A)(ii), the
2  Court hereby orders that this civil case is hereby DISMISSED WITH PREJUDICE
3  as to all claims, causes of action, and parties.
4     IT IS SO ORDERED.

6  Dated: August 07, 2024

                                       Hon. James V. Selna
                            United States District Court Judge